JODI LINKER
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:	(510) 637-3500
Facsimile:	(510) 637-3507
Email:	Angela_Hansen@fd.org

Counsel for Defendant WEBB

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAY WEBB,<br><br>Defendant. | Case No.: 4:20–cr-00384 YGR<br><br>**STIPULATION AND ORDER TO ADVANCE INITIAL APPEARANCE ON AMENDED PETITION FOR SUMMONS** |

On June 28, 2024, the Honorable Yvonne Gonzalez Rogers signed an Amended Petition for Summons for Person Under Supervision ("Amended Petition").  Dkt. No. 13.  Judge Gonzalez Rodgers set this matter on July 3, 2024, at 10:30 a.m., for Mr. Webb to appear before this Court on the new charges in the Amended Petition.

Counsel for Mr. Webb is not available on July 3, 2024.  Government counsel and the probation officer assigned to this case are both available on July 2, 2024, and agree to advance Mr. Webb's initial appearance.  Additionally, counsel for Mr. Webb spoke with her client who is also available on July 2, 2024, to appear on the Amended Petition.

For these reasons, the parties stipulate and agree that the Court should vacate the July 3, 2024, initial appearance date and reset this matter to July 2, 2024, for an initial appearance on the Amended Petition.

IT IS SO STIPULATED.

Dated:   June 28, 2024

JODI LINKER
Federal Public Defender
Northern District of California

          /S
ANGELA M. HANSEN
Assistant Federal Public Defender

Dated:   June 28, 2024

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

          /S
ANDREW J. PAULSON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAY WEBB,<br><br>　　　　　Defendant. | Case No.: 4:20–cr-00384 YGR<br><br>**ORDER TO ADVANCE INITIAL APPEARANCE ON AMENDED PETITION FOR SUMMONS** |

For the reasons set forth above, the July 3, 2024, initial appearance date is vacated in this matter. This matter is reset to July 2, 2024, at 10:30 a.m., for an initial appearance on the June 28, 2024, Amended Petition for Summons for Person Under Supervision.

IT IS SO ORDERED.

Dated:　　July 1, 2024

HON. DONNA M. RYU
Chief United States Magistrate Judge