# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 28 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES OF AMERICA )
               vs. )  Docket Number:
                   )  0971 4:20CR00384-YGR
RAY DARNELL WEBB )
                   )

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

1. You must participate in the Location Monitoring Program as directed by the probation officer while violation proceedings are pending and be monitored by location monitoring technology at the discretion of the probation officer. Location monitoring shall be utilized to verify your compliance with home detention while on the program. You are restricted to your residence every day at a set time at the discretion of the probation officer except for employment, education, religious services, medical appointments, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities pre-approved by the probation officer. Location monitoring fees are waived.

Date: 7/28/2025

Kandis A. Westmore
United States Magistrate Judge