**FILED**

JUL 28 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>WEBB,<br>  Defendant. | Case No. 20-cr-00384-YGR-1  (KAW)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

The defendant having appeared before the undersigned, and in accordance with the Court's order setting conditions of release and appearance,

IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant. Defendant was admonished to follow all conditions of his supervised release and released to home detention and location monitoring.

IT IS SO ORDERED.

Dated: 7/28/2025

KANDIS A. WESTMORE
United States Magistrate Judge